# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA LAWRENCE GOODCHILD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CBS CORPORATION, et al. | : | NO. 08-4797 |

## ORDER

AND NOW, this 24th day of December, 2009, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Defendants' Motion for Summary Judgment (Doc. No. 39) is DENIED.

2. The Court will have a final pretrial conference on Wednesday, January 27, 2010 at 3:00 p.m. in Courtroom 3A (3rd Floor).

3. This case will enter the Court's trial pool as of February 23, 2010 as a back-up case.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-4797 Goodchild v. CBS\Goodchild v. CBS - Order MSJ.wpd